IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN ALLAN GRANGER,** | : |
| | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| | : |
| | : **NO. 10-3442** |
| v. | : |
| | : |
| **ONE CALL LENDER SERVICES, LLC, ET AL.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this ____ day of July, 2012, upon consideration of Plaintiff's Request for Determination of Damages and Permanent Injunctive Relief following this Court's Entry of Default Judgment (Doc. 14), and the damages hearing held before the Court on July 19, 2012, Plaintiff's Request will be **GRANTED IN PART AND DENIED IN PART.**

**IT IS FURTHER ORDERED** that Defendants shall remit to Plaintiff the following damages, on or before August 31, 2012:

1. $12,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c), and

2. $15,000 in statutory damages pursuant to 17 U.S.C. § 1203(c)(3)(B).

**IT IS FURTHER ORDERED** that Plaintiff shall provide to the Court, on or before Friday, August 31, 2012, a detailed Petition for Reasonable Attorney's Fees and Costs in accordance with the Court's Memorandum Opinion.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion, dated July __, 2012.